IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROBERT JOHN WEIDOW a/k/a
ROBERT THEODORE WEIDOW  PLAINTIFF

VERSUS  CIVIL ACTION NO. 1:08-cv-1486-RHW

UNKNOWN BANG, *et al.*  DEFENDANTS

## FINAL JUDGMENT

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that this case is DISMISSED without prejudice.

SO ORDERED, this the 21st day of August, 2009.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE